UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

GLEN ELDER #00778422                    CASE NO.  3:26-CV-01814 SEC P

VERSUS                                  JUDGE TERRY A. DOUGHTY

VIVVY HINER ET AL                       MAG. JUDGE KAYLA D.
                                        MCCLUSKY

## JUDGMENT

The Report and Recommendation [Doc. No. 6] of the Magistrate Judge having been considered, together with Plaintiff Glen Elder's ("Plaintiff") written objections [Doc. No. 7] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to his right to prosecute them in his other pending proceeding. The claims are otherwise **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

MONROE, LOUISIANA, this 3rd day of August 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE